DANIEL BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
LISA REYNOLDS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S. 04-410-LKK |
| | ) |
| Plaintiff, | ) **ORDER RE:** |
| | ) |
| v. | ) UNOPPOSED |
| | ) MOTION TO TERMINATE SUPERVISED |
| LISA REYNOLDS, | ) RELEASE UNDER 18 U.S.C. |
| | ) § 3583(E)(1) |
| Defendant. | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

   Defendant, LISA REYNOLDS, hereby moves the Court to terminate her term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). Supervised release began on April 22, 2005.  The government and the probation office do not oppose this motion.

   Title 18, section 3583(e)(1) of the United States Code permits the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  Ms. Reynolds has

completed over 18 months of supervised release.

Ms. Reynolds' current probation officer, Ann Treis of the Central District of California, has indicated that Ms. Reynolds has completed all of the special conditions of her supervised release.  Ms. Treis has told counsel for the defendant that she does not oppose early termination.  Likewise, defense counsel has spoken with Probation Officer Cynthia Mazzei of this district and provided her a draft of this motion.  Ms. Mazzei supervised Ms. Reynolds until she moved to Central California to pursue a graduate degree.  Ms. Mazzei does not oppose this motion.  Defense counsel has provided Assistant United States Attorney Robert Tice-Raskin with a draft of this motion.  He has indicated that he does not object to the motion.

Ms. Reynolds has completed all the terms of supervision, including a period of home confinement, and payment of restitution and special assessment.  During her term of supervision, Ms. Reynolds has made substantial progress towards obtaining her masters degree in Marital and Family Therapy.  As the attached transcript shows, she has completed the first two trimesters with straight A's.  (Exh. A.)

Currently, Ms. Reynolds works on an unpaid basis at Outreach Concern (www.outreachconcern.org), which provides in-school counseling for disadvantaged children.  She works in Westminster, California twice a week providing counseling to elementary school students.  Ms. Reynolds has notified both her graduate program and the counseling program about her felony conviction.

The Court may remember that Ms. Reynolds comes from a tragic family background and has made impressive strides in overcoming her history.  Other than the current case, Ms. Reynolds has no other criminal history.  Ms. Reynolds loves her job counseling students from

backgrounds similar to her own and hopes to continue working with kids as a licensed psychologist.

Ms. Reynolds expects to graduate this summer with her Masters in Arts in Marital and Family Therapy. She will then apply to the State of California for a license as an intern with the Board of Behavioral Science and the Board of Psychology. She cannot be eligible for such a license while on supervised release. This intern license is a necessary precondition for training to become a fully-licensed Marriage and Family Therapist. While she pursues her license, Ms. Reynolds also plans on continuing her schooling and obtaining a Doctorate in Psychology.

Given Ms. Reynolds' employment and education status and her completion of all terms of her sentence, the defense moves the Court to terminate the term of supervised release. No hearing on this matter is required.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: January 8, 2007        /s/Rachelle Barbour

                                        _____
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LISA REYNOLDS

**O R D E R**

IT IS HEREBY ORDERED that Lisa Reynolds' term of supervised release be terminated as of the date of this Order.

Dated: January 9, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT